# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2014

149215 & (59)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DARNELL ELLSWORTH HAYES,
      Defendant-Appellant.

SC: 149215
COA: 308527
Wayne CC: 11-007953-FC

_____/

      On order of the Court, the application for leave to appeal the March 27, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2014



Clerk

t0721